AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

16 MAY 10 AM 11: 26

CLERK ALBUQUERQUE

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 16mr350
)
1997 Ford Pickup Truck, New Mexico )
License Plate 772 KSM, currently located at 4505 )
Columbine NE, Albuquerque, NM 87113 )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     State &     District of     New Mexico    
*(identify the person or describe the property to be searched and give its location):*

1997 Ford Pickup Truck bearing New Mexico License Plate 772 KSM    AS REFERENCED IN ATTACHMENT A  *[initials]*

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Latent fingerprints, footware impressions, bodily fluids and tissue, trace evidence including glass, hair, fibers and any items or materials that may have sufficient DNA present to use in forensic testing, which would be material in a criminal prosecution. AS FURTHER REFERENCED IN ATTACHMENT B  *[initials]*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    May 17, 2016   
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 5/4/16 1:35 pm       *[signature]*
                                                                    Judge's signature

City and state: Albuquerque, NM       Steven C. Yarbrough
                                                                    Printed name and title
                                                                    US Magistrate Judge

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: B19 Case # MOL340-16-033 | Date and time warrant executed: 5/5/16  11:00 AM | Copy of warrant and inventory left with: Melvin Chavez & Dora Chavez |
|---|---|---|

Inventory made in the presence of:
Jeffrey Sandoval and Lauren Milligan NMSP.

Inventory of the property taken and name of any person(s) seized:

S1 - One Swab
S2 - One Swab
S3 - One Swab
S4 - One Swab
S5 - One Swab
S6 - One Swab
S7 - One Swab
S8 - One Swab
S9 - One Swab
S10 - One Swab

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/5/16

BIA Agent
_____ and Lauren Milligan NMSP
Executing officer's signature

Jeffrey D. Sandoval, Special Agent
Printed name and title

ATTACHMENT A
ITEMS TO BE SEARCHED

Evidence of Title 18, U.S.C. Section 1152 Laws Governing, Title 18, U.S.C. Section 13 Laws of States adopted for areas within Federal jurisdiction, 66-7-201 NMSA (1978) Accidents involving death or personal injuries.

1) Blue in color 1997 Ford pickup truck with vehicle identification number (VIN) 1FTDX18WXVKC30748, bearing New Mexico license plate 772KSM

**ATTACHMENT B**
**ITEMS TO BE SEIZED**

Evidence of Title 18, U.S.C. Section 1152 Laws Governing, Title 18, U.S.C. Section 13 Laws of States adopted for areas within Federal jurisdiction, 66-7-201 NMSA (1978) Accidents involving death or personal injuries.

1) Latent fingerprint(s) and footwear impression(s)

2) Bodily fluids and tissue

3) Trace evidence, including glass, hair, fiber(s) and any item(s) or material(s) that may have sufficient DNA present to use in forensic testing